UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRENDA LEE ESTERLY, | CASE NO. 3:23-cv-5060 |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SEERA CORPORATION, UNITED PACIFIC STORE 23560, and UNITED PACIFIC OIL, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge: On November 7, 2023, the Court ordered Plaintiff Brenda Lee Esterly to show cause why her claims against Defendants United Pacific Store 23560 and United Pacific Oil should not also be dismissed without prejudice under Fed. R. Civ. P. 4(m) for failure to effect timely service. Dkt. No. 15. Esterly did not respond to the Court's Order. *See* docket generally. Accordingly, the Court DISMISSES Esterly's case without prejudice.

Dated this 27th day of November 2023.

MINUTE ORDER - 1

Ravi Subramanian
Clerk
*/s/ Kathleen Albert*
Deputy Clerk

MINUTE ORDER - 2